```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 04 B 06324
   RICHARD MAISONET
                                           CHAPTER 13

                                           JUDGE: SUSAN PIERSON SONDERBY

        Debtor
  SSN XXX-XX-2553

---------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------
     The case was filed on 02/19/2004 and was confirmed 04/08/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  80.00%.

     The case was granted discharge pursuant to 11 usc 1328 04/17/2008.
---------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                           PAID           PAID
---------------------------------------------------------------------------
CAPITAL ONE BANK           UNSECURED         1675.40        208.75         625.22
CAPITAL ONE BANK           UNSECURED          299.97         36.67         109.62
CAPITAL ONE BANK           UNSECURED         1377.59        164.43         513.25
UNIFUND CCR PARTNERS       UNSECURED         4875.91        617.81        1819.44
RESURGENT ACQUISITION LL   UNSECURED        10942.45       1306.63        4083.51
RESURGENT ACQUISITION LL   NOTICE ONLY      NOT FILED         .00            .00
DAIMLER CHRYSLER SERVICE   UNSECURED         6891.96        871.76        2571.96
DAIMLER CHRYSLER SERV NO   NOTICE ONLY      NOT FILED         .00            .00
PORTFOLIO RECOVERY ASSOC   UNSECURED         1242.09        184.56         482.86
FCNB                       NOTICE ONLY      NOT FILED         .00            .00
MERRICK BANK               UNSECURED         1695.12        214.44         632.56
FBCS INC                   NOTICE ONLY      NOT FILED         .00            .00
TRIADVANTAGE               NOTICE ONLY      NOT FILED         .00            .00
PLAZA ASSOCIATES           UNSECURED        NOT FILED         .00            .00
MIDLAND CREDIT MANAGEMEN   UNSECURED          449.70         57.44         167.59
MIDLAND CREDIT MANAGEMEN   NOTICE ONLY      NOT FILED         .00            .00
ROUNDUP FUNDING LLC        UNSECURED          356.66         45.37         132.98
ZALUTSKY & PINSKI LTD      REIMBURSEMENT      194.00          .00          194.00
RESURGENT ACQUISITION LL   UNSECURED        NOT FILED         .00            .00
PORTFOLIO RECOVERY ASSOC   NOTICE ONLY      NOT FILED         .00            .00
RESURGENT ACQUISITION LL   UNSECURED         2553.70        301.83         965.61
UNITED STUDENT AID FUNDS   UNSECURED         7233.09        854.84        2735.09
ARROW FINANCIAL SERVICES   UNSECURED          925.33        109.53         349.83
ZALUTSKY & PINSKI LTD      DEBTOR ATTY      2,700.00                      2,700.00
TOM VAUGHN                 TRUSTEE                                        1,402.42
DEBTOR REFUND              REFUND                                            .00

     Summary of Receipts and Disbursements:
---------------------------------------------------------------------------
                         RECEIPTS          DISBURSEMENTS
---------------------------------------------------------------------------
TRUSTEE                  24,460.00

              PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 04 B 06324 RICHARD MAISONET
```

```
PRIORITY                                                        194.00
SECURED                                                            .00
UNSECURED                                                    15,189.52
    INTEREST                                                  4,974.06
ADMINISTRATIVE                                                2,700.00
TRUSTEE COMPENSATION                                          1,402.42
DEBTOR REFUND                                                      .00
                                     ----------------    ----------------
TOTALS                                      24,460.00           24,460.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
   Dated: 07/24/08                  _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE